ACCEPTED
12-14-00254-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/21/2015 4:14:08 PM
CATHY LUSK
CLERK

# No. 12-14-00254-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/21/2015 4:14:08 PM
CATHY S. LUSK
Clerk

## COURT OF APPEALS FOR THE TWELFTH DISTRICT
## TYLER, TEXAS

### NEURODIAGNOSTIC TEX, L.L.C.
**Appellant,**

**v.**

### ROBERT JOSH PIERCE and SYNERGY IOM, LLC
**Appellees.**

**On Appeal from the 7th District Court, Smith County, Texas,
Cause No. 13-3357-A
Honorable Kerry L. Russell, Presiding.**

### APPELLEES' AMENDED MOTION FOR EXTENSION
### OF TIME TO FILE APPELLEES' BRIEFS

TO THE HONORABLE COURT:

COMES NOW, Appellees Robert Josh Pierce and Synergy IOM, LLC (together "Appellees") and respectfully request the Court for a 45-day extension of time for Appellees to file their respective briefs. In support hereof, Appellees would respectfully show the following:

# I. <u>INTRODUCTION</u>

1. Appellant is Neurodiagnostic Tex. LLC. Appellees have conferred with Appellant regarding this motion.

2. This Motion is not subject to the 10-day waiting period for determination of motions because all parties agree to the request. TEX. R. APP. P. 10.3.

## II. <u>ARGUMENT & AUTHORITIES</u>

3. This Court may grant an extension of time for the filing of Appellees' briefs. TEX. R. APP. P. 10.5.

4. The present deadline for the filing of Appellees' briefs is January 23, 2015, which is thirty days after Appellant's brief was filed.

5. Appellees request a 45-day extension to file their respective briefs; thus, extending the deadline for the filing of Appellees' briefs until Monday, March 9, 2015.

6. Appellees request an extension of time based on conflicts with other deadlines. In particular, Appellees' counsel have conflicts with other matters, including but not limited to: (i) a February 2, 2015 trial setting in Cause Number 141-2710178-14 pending in the 141st District Court of Tarrant County; and (ii) deadlines for filing dispositive motions in Cause Number 4:13-cv-00723-A pending in the Northern District of Texas, Fort Worth Division.

7.     This is Appellees first request for an extension of time to file their respective briefs.

### III. <u>PRAYER</u>

WHEREFORE PREMISES CONSIDERED, Appellees Robert Josh Pierce and Synergy IOM, LLC respectfully request the Court to grant each of them an extension of time to file their respective Appellee's briefs until Monday, March 9, 2015.

Respectfully submitted,

*/s/Brent Shellhorse*
Brent Shellhorse
State Bar No. 24008022
bshellhorse@whitakerchalk.com
Hunter McLean
State Bar No. 00788026
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Telephone: (817) 878-0500
Telecopier: (817) 878-0501

**ATTORNEYS FOR APPELLEE SYNERGY IOM, LLC**

*/s/ CARTER L. HAMPTON*
CARTER L. HAMPTON
Texas State Bar No. 08872100
HAMPTON & ASSOCIATES, P.C.
1000 Houston Street, 4th Floor
Fort Worth, Texas 76102
Telephone: (817) 877-4202
Facsimile: (817) 877-4204
clhampton@hamptonlawonline.com

**ATTORNEY FOR APPELLEE
ROBERT "JOSH" PIERCE**

## CERTIFICATE OF CONFERENCE

On January 14, 2015, I spoke with Debra Crafton, counsel for Appellant, regarding the merits of this motion. Ms. Crafton agrees to Appellees' request of time as set forth in this motion.

*/s/ Brent Shellhorse*
Brent Shellhorse

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served upon counsel of record *via* electronic filing and/or electronic mail on January 21, 2015.

*/s/ Brent Shellhorse*
Brent Shellhorse